IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:24-cv-00623-APG-BNW

MICHAEL DEYOUNG,

    Plaintiff,

v.

WEDDINGS AND EVENTS BY EMILY LLC
d/b/a ELOPEMENT LAS VEGAS,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Michael DeYoung and defendant Weddings and Events by Emily LLC d/b/a Elopement Las Vegas (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

    Dated: February 24, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC | RESNICK & LOUIS, P.C. |
| 3111 N. University Drive | 8945 West Russell Road |
| Suite 301 | Ste. 330 |
| Coral Springs, FL 33065 | Las Vegas, NV 89148 |
| Telephone: (877) 437-6228 | Telephone: (702) 997-3800 |
| dan@copycatlegal.com | jbarrington@rlattorneys.com |
| | |
| | By: /s/ James Barrington |
| | |
| | James Barrington, Esq. |

By: /s/ Daniel DeSouza

    Daniel DeSouza, Esq.
    *Admitted Pro Hac Vice*

ALDRICH LAW FIRM, LTD.
7866 W. Sahara Ave.,
Las Vegas, NV 89117
Telephone: (702) 853-5490
jaldrich@johnaldrichlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

    /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

IT IS SO ORDERED:   that this stipulation is granted and this case is dismissed with prejudice.

Dated: February 26, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE